Cause number:
01-13-00547-CV
Style:
Jordan D. Houghtaling

v Nichol A. Houghtaling
Date motion filed[*]:
August 27, 2013
Type of motion:
Motion to Extend Time to File Appellant's Brief
Party filing motion:
Appellant
Document to be filed:
Appellant's brief

Is appeal accelerated? No

If motion to extend time:

 Original due date:
August 30, 2013
 Number of previous extensions granted:
 0 Current Due date: August 30, 2013
 Date Requested:
October 11, 2013

Ordered that motion is:

* Granted 
 If document is to be filed, document due: September 30, 2013
 The Court will not grant additional motions to extend time 
* Denied
* Dismissed (e.g., want of jurisdiction, moot)
* Other: _____________________________________ 

The reporter's record has not yet been filed, and the reporter has not provided the Court with any

information to indicate that no record exists or that the failure to file the record is due to appellant's fault. 

See Tex. R. App. P. 37.3(c). Therefore, the appellate record is not complete, and appellant's brief is not yet 

due. See Tex. R. App. P. 38.6(a). The motion is dismissed as moot.

Judge's signature: /s/ Michael Massengale 
 Acting individually  Acting for the Court

Panel consists of ____________________________________________

Date: September 17, 2013